**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6510**

———————

VIRGINIA ARLENE GOFORTH; VIRGINIA ARLENE GOFORTH'S HUSBAND, and et al,

     Plaintiffs – Appellants,

   v.

HARLEY G. LAPPIN, Director of Bureau of Prisons; NEWTON KENDING, Bureau of Prisons Medical Director; AMBER NELSON, Warden, Alderson Federal Prison Camp; ALICE LOWE, Associate Warden, Alderson Federal Prison Camp; ALAN BLANKENSHIP, Health Services Unit Health Administrator, Alderson Federal Prison Camp; NEAL REHBURG, Doctor of Osteopathy, Alderson Federal Prison Camp; DEBRA HICKEY, 2006 Warden, Alderson Federal Prison Camp; DONNA SAFFOLD, 2006 Associate Warden, Alderson Federal Prison Camp; VICKI DUPREE, Captain, Alderson Federal Prison Camp; J. ENGLEMAN, Unit Manager, A Range, Alderson Federal Prison Camp; CYNTHIA GODBOLD, 2006 Unit Manager, A Range, Alderson Federal Prison Camp (Guard on Duty),

     Defendants – Appellees,

   and

UNITED STATES OF AMERICA, (and specifically herein); THE FEDERAL BUREAU OF PRISONS; MICHAEL B. MUKASEY, United States Attorney General or Predecessor; UNITED STATES INSPECTOR GENERAL; THE UNITED STATES DEPARTMENT OF JUSTICE; THE UNITED STATES SENTENCING COMMISSION, Individually, and in their official capacity as Custodians/Director of Custodians,

     Defendants.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:09-cv-00003)

Submitted:  August 18, 2011                    Decided:  August 23, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Virginia Arlene Goforth, Mr. Goforth, Appellants Pro Se. Lara Dee Pyne Crane, BUREAU OF PRISONS, Beaver, West Virginia; Stephen Michael Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virginia Arlene Goforth seeks to appeal the district court's order granting Defendants' motion to dismiss or for summary judgment as to most claims and Defendants but referring her claim under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 to 2680 (2006), to the magistrate judge for further proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Goforth seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED